RECEIVED
BY U.S. MAIL

2005 MAR 10 AM 9:29

CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

1408 Fourteenth Ave. NW
Rochester, MN 55901
March 9, 2005

Clerk of Court
U.S. District Court
300 S. Fourth Street
Minneapolis, MN 55415

Dear Sir:

**Motion to close and to return documents of Miscellaneous Case 31 filed Year 2000**

I, Hillmar-Ivan Bittner would like to close out Miscellaneous Case 31 that I opened in the year 2000. Would you please return the documents to me that remain in that case?

Respectfully yours,

Hillmar-Ivan Bittner

Hillmar-Ivan Bittner
1408 Fourteenth Ave. NW
Rochester, MN 55901

SCANNED
MAR 10 2005
U.S. DISTRICT COURT MPLS

Hillmar I. Bittner
1408 14th Ave. NW
Rochester, MN 55901-1642

REC[illegible]
BY U.S. [illegible]
[illegible] MAR 10 AM [illegible]
[illegible] DIST CO[illegible]
MINNEAPOLIS, MN

[illegible] MN
PM
09 MAR
2005




Clerk of Court
U.S. District Court
300 S. Fourth Street
Minneapolis, MN 55415

55415-1320